02-11-251-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00251-CR

 

 


 
 
 The State of Texas
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Rochelle Denise Ballard
 
 
  
 
 
 STATE
 
 


 

 

------------

 

FROM County
Criminal Court No. 4 OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered the “Motion For Voluntary Dismissal Of State’s Appeal.”  The
motion complies with rule 42.2(a) of the rules of appellate procedure.  Tex. R.
App. P. 42.2(a).  No
decision of this court having been delivered before we received this motion, we
grant the motion and dismiss the appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).

 

PER
CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED:  September 8,
2011

 








 









[1]See Tex. R. App. P. 47.4.